IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| FARMERS INSURANCE COMPANY OF OREGON, as subrogee of John Blankenship, Charlotte Blankenship, and Kraemer Kaison, Plaintiff, v. UNITED STATES POSTAL SERVICE, Defendant. | 6:21-cv-01704-MK<br><br>JUDGMENT |
|---|---|

Based on the Notice of Voluntary Dismissal (ECF No. 5), this is action is dismissed with prejudice and with each party bearing its own costs and fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 14th day of January 2022.

                                                            MELISSA AUBIN
                                                            Clerk of Court

                                                            By:    /s/ J. Klein
                                                                          Deputy Clerk